# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AUDREY M. McCONKEY, | ) | CASE NO. 1:10CV0503 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

On August 9, 2011, Magistrate Judge William H. Baughman, Jr. filed a Report and Recommendation (R&R) recommending that this case be remanded to the Commissioner for further proceedings. On August 23, 2011, the Commissioner filed a response, indicating that there are no objections to the remand.

The Court has examined the R&R and concurs with its conclusions.

Accordingly, the R&R (Doc. No. 24) is **ADOPTED** and this case is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the R&R.

**IT IS SO ORDERED**.

Dated: August 24, 2011

                                                    **HONORABLE SARA LIOI**
                                                    **UNITED STATES DISTRICT JUDGE**